PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER (Tran. Court)**
1-CR-00-091-02

**DOCKET NUMBER (Rec. Court)**
07CR741-JBS

**NAME AND ADDRESS OF SUPERVISED RELEASEE**
GONZALEZ, Mario Luis

**DISTRICT**
Middle/PA

**DIVISION**
Harrisburg

**NAME OF SENTENCING JUDGE**
The Honorable Sylvia H. Rambo

**DATES OF SUPERVISED RELEASE**
FROM 3/16/07
TO 3/15/08

**OFFENSE**
Use of a Communication Facility in Committing a Felony Drug Offense 21 USC § 843(b)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE** DISTRICT OF **PENNSYLVANIA**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of New Jersey** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Aug. 23, 2007
*Date*       *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **NEW JERSEY**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
OCT 01 2007
PER _____
HARRISBURG, PA.    DEPUTY CLERK

Sept. 12, 2007
*Effective Date*       Jerome B. Simandle
       *United States District Judge*