Clerk, U.S. District Court
P.O. Box 983
Harrisburg, PA 17108

October 4, 2007

Clerk, U.S. District Court, District of New Jersey
4015 Martin Luther King, Jr.
Federal Bldg and US Courthouse
50 Walnut Street

Re: USA v. Mario Luis Gonzalez
1:00-cr-091-02 (MD of PA)
07-cr-741 (District of NJ)

Dear Clerk:

Pursuant to the enclosed transfer of supervision jurisdiction order, enclosed are certified copies of indictment, judgment and commitment, plea agreement, docket sheet. Please acknowledge receipt of this mailing by signing and returning the enclosed copy of this letter.

Sincerely,

Mary E. D'Andrea, Clerk


Pamela Warner
Deputy Clerk


Received by: _____
Date Received: 10-10-07